UNITED STATES DISTRICT COURT
District of Maine

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil No. 10-202-P-S |
| ROBERT C. ANDREWS, | ) | |
| Defendant | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on October 25, 2010, her Recommended Decision (Docket No. 20). Plaintiff filed its Limited Objection to the Recommended Decision (Docket No. 24) on November 29, 2010. Defendant filed his Objection to the Recommended Decision (Docket No. 28) on December 3, 2010. Plaintiff filed its Response to Defendant's Objection to the Recommended Decision (Docket No. 29) on December 10, 2010.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Plaintiff's Motion for Summary Judgment (Docket No. 6) is **GRANTED**.
.

3. The Court **FINDS** that Defendant is in default on the note and **ORDERS** that the parties shall take whatever further action is necessary in order to determine the actual amount owing as of the date of entry of judgment in this matter. Should the parties reach agreement, a stipulation shall be filed with the Court within thirty (30) days. Upon failure to reach agreement, this matter shall be set for a hearing.

/s/George Z. Singal
U.S. District Judge

Dated this 20th day of December, 2010